

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00089-CR

Jessie Jermaine **PEARSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7768
Honorable Melisa C. Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 1, 2023.

_____
Rebeca C. Martinez, Chief Justice